SAMPLE #2

**FILED**

SEP 27 2018

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

Plaintiff(s)
Ninette Tanguma

vs.

OU Medical Center, AT&T, Verizon, Sprint, US Cellular, OG&E

Defendant(s)

CASE NO. CIV 18 -947 D

### COMPLAINT

The cellular towers, antennas, sattelites, etc., now on buildings, private property, water towers and in residential areas are releasing too much radiation increasing the amount of cancer patients to more than a hundred in recent years. They are also explosives that launch and possibly contain spyware that's linked to the Demascus trials.

*Ninette Tanguma*

NOTE: Your signature, address and phone number **must** appear at the end of each pleading.

Ninette Tanguma
5800 N. Meridian Pl
OKC, OK 73122

405·875·5443