IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

NINETTE TANGUMA,            )
                            )
    Plaintiff,              )
                            )
v.                          )  Case No. CIV-18-947-R
                            )
OU MEDICAL CENTER, et al.,  )
                            )
    Defendant.              )

## ORDER

Before this Court is United States Magistrate Judge Suzanne Mitchell's Report and Recommendation, Doc. 9. No objection to the Report and Recommendation has been filed, and no extension of time in which to object has been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*, Doc. 2, is DENIED. This matter shall be dismissed without further notice unless Plaintiff tenders the full $400.00 filing fee not later than seven (7) days from the date of this Order.

IT IS SO ORDERED this 30th day of November 2018.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE